```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

DAVID T. GAUMOND,                )
                                 )   No. CV-07-250-CI
            Plaintiff,           )
                                 )   ORDER GRANTING STIPULATED
v.                               )   MOTION TO DISMISS
                                 )
MICHAEL J. ASTRUE,               )
Commissioner of Social           )
Security,                        )
                                 )
            Defendant.           )
                                 )
```

Upon the parties' Stipulated Motion to Dismiss,

**IT IS ORDERED** that said Motion **(Ct. Rec. 20)** is **GRANTED,** and this case is dismissed with prejudice.

DATED March 18, 2008.

                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO DISMISS - 1